# 1001

[No. 14932–6–I.   Division One.   March 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
DAY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00610–9, Peter K. Steere, J., entered
June 13, 1984. *Dismissed* by unpublished per curiam opin-
ion.

[No. 14047–7–I.   Division One.   March 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO
R. THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–03847–4, Jack Richey, J. Pro Tem.,
entered November 21, 1983. *Affirmed* by unpublished opin-
ion per Coleman, J., concurred in by Corbett, C.J., and
Grosse, J.

[No. 14327–1–I.   Division One.   March 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
LEO KORFF, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–01850–8, Francis E. Holman, J., entered
January 6, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Scholfield, A.C.J., and Grosse,
J.